FILED'08 NOV 20 15:58 USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| IN RE: Government's Motion for a Material Witness Warrant for EDGAR ARTURO GRIFFIN VILLARRUEL in the Trial of United States v. Ricardo Mendoza-Morales, et al., CR 05-98-KI | No. 07-MC-9168<br><br>ORDER TO DISMISS MATERIAL WITNESS: EDGAR ARTURO GRIFFIN VILLARRUEL |

Based on the government's motion filed pursuant to Fed. R. Crim. P 48(a) and 18 U.S.C. § 3144, it is hereby ordered that the Motion to Dismiss is granted and the material witness proceedings involving the above-named witness are dismissed.

Dated this 20th day of November 2008.

_____
THE HONORABLE GARR M. KING
United States District Judge

Presented by:

KARIN J. IMMERGUT
United States Attorney

_____
JOHN F. DEITS
Assistant U.S. Attorney